UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,             CR. NO.  06-20021

   v.

                                      **Hon. Avern Cohn**

**HASSAN AHMAD KOURANI**,

                Defendant.

_____/

**ORDER ADJOURNING**
**MOTION AND TRIAL DATE**

        Upon the stipulation of the parties to adjourn the Motion Cut-Off Deadline to April 27, 2006, with the understanding that this would require a concomitant  adjournment of the trial date from April 24, 2006 to June 12 @ 9:00 a.m., and that such an adjournment would be excludable delay.

        **IT IS HEREBY ORDERED** that the schedule be amended as follows:

            Motion Cut-off Deadline:    April 27, 2006

            Trial Date:    June 12, 2006 @ 9:00 a.m.

        **IT IS THE FINDING OF THE COURT** that the period of time from the previous trial date of April 24, 2006 through the new trial date of June 12, 2006 @ 9:00 a.m,  is excludable delay,  in that the need to preserve the Defendant's rights to a fair trial and effective assistance of counsel, outweigh the interests of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: March 27, 2006              s/ Avern Cohn_____
                               HONORABLE AVERN COHN
                               United States District Judge